■

## MARCHET

v.

## STATE

20160255
20151024

Supreme Court of Utah.

06/15/2016

Petition for Writ of Certiorari Denied.

■

## WILSON

v.

## EDUCATORS MUTUAL

20160227
20150150

Supreme Court of Utah.

07/06/2016

Petition for Writ of Certiorari Granted.

■

## FIRE INS. EXCHANGE

v.

## OLTMANNS

20160304
20140984

Supreme Court of Utah.

07/08/2016

Petition for Writ of Certiorari Granted.

■

## 2010–1 RADC/CADC VENTURE

v.

## DOS LAGOS

20160436
20140675

Supreme Court of Utah.

08/10/2016

Petition for Writ of Certiorari Granted.

■

## VEAZIE

v.

## RCB RANCH

20160452
20160144

Supreme Court of Utah.

08/01/2016

Petition for Writ of Certiorari Granted.

